# United States Bankruptcy Court
### District Of _____

In re __Linda Donaldson__
    Debtor

Case No. __04-37456__  *Amended*

Chapter _____

FILED IN THE UNITED STATES BANKRUPTCY COURT
2004 NOV 12 P 1:50

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $__209.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __48.00__  Check one ☑ With the filing of the petition, or
                          ☐ On or before _____
    $ __50.00__  on or before __11-29-04__
    $ __50.00__  on or before __12-15-04__
    $ __61.00__  on or before __2-23-05__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney        Date

_____
Name of Attorney

Signature of Debtor: __L. Donaldson__   Date: __10-30-04__
(In a joint case, both spouses must sign.)

_____
Signature of Joint Debtor (if any)   Date

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____
Signature of Bankruptcy Petition Preparer

Date _____

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

23


0437456D7